A. LUIS LUCERO, JR., REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
DAMIEN LEE, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6915
FAX: (206) 220-6911
Damien.Lee@eeoc.gov

ATTORNEYS FOR PLAINTIFF


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO.  05-1521 |
| Plaintiff, | FIRST AMENDED COMPLAINT |
| v. | JURY TRIAL DEMAND |
| QWEST COMMUNICATIONS, INC., | |
| Defendant**.** | |

NATURE OF THE ACTION

        This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin and to provide appropriate relief to Gabriel Parra, Tracy J. Hebert, and Tony Rodriguez, Jr., each who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Qwest Communications, Inc. subjected Mr. Parra and Mr. Rodriguez to discriminatory discipline and termination based on their national origin (Mexican) and subjected

**FIRST AMENDED COMPLAINT-** Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Mr. Hebert to discriminatory discipline and termination based on his association with Mr. Parra and Mr. Rodriguez.  Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Mr. Parra, Mr. Hebert and Mr. Rodriguez.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.      At all relevant times, Defendant Qwest Communications, Inc. ("Qwest") has been a corporation continuously doing business in the State of Oregon and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Qwest has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**Seattle District Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Mr. Parra, Mr. Hebert and Mr. Rodriguez each filed a charge with the Commission alleging violations of Title VII by Defendant Qwest.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      From at least March 2004, Defendant Qwest at its Eugene, Oregon facility has engaged in unlawful employment practices in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).  Defendant subjected Mr. Parra, Mr. Hebert and Mr. Rodriguez to discriminatory discipline and termination.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Parra, Mr. Hebert and Mr. Rodriguez of equal employment opportunities.

9.      The unlawful employment practices complained of in paragraph 7 above were intentional.

10.     The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Parra, Mr. Hebert and Mr. Rodriguez.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate or retaliate.

**FIRST AMENDED COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make whole Mr. Parra, Mr. Hebert and Mr. Rodriguez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Defendant to make whole Mr. Parra, Mr. Hebert and Mr. Rodriguez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order Defendant to make whole Mr. Parra, Mr. Hebert and Mr. Rodriguez by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.      Order Defendant to pay Mr. Parra, Mr. Hebert and Mr. Rodriguez punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

//

**FIRST AMENDED COMPLAINT-** Page 4 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this __5th__ day of _October,_ 2005.

A. LUIS LUCERO, JR.                          JAMES L. LEE
Regional Attorney                            Deputy General Counsel

KATHRYN OLSON                                GWENDOLYN Y. REAMS
Supervisory Trial Attorney                   Associate General Counsel

DAMIEN LEE
Senior Trial Attorney

BY:  _s/ A. Luis Lucero, Jr._
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office                      Office of the General Counsel
909 First Avenue, Suite 400                  1801 "L" Street NW
Seattle, Washington 98104                    Washington, D.C. 20507
Telephone (206) 220-6915
Facsimile (206) 220-6911
Damien.Lee@eeoc.gov

Attorneys for Plaintiff EEOC

**FIRST AMENDED COMPLAINT-** Page 5 of 5

**EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882**