FILED'09 FEB 17 08:25 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

**Plaintiff,**

v.

Civil No. 05-1521-HO

QWEST CORPORATION,

**Defendant.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: February 17, 2009.

MARY MORAN, Acting Clerk of Court

by *Christine Weller*

Christine Weller, Deputy Clerk

**ORDER OF DISMISSAL**